✎JS 45 (5/97) - (Revised USAO MA 3/25/11)

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:** Salem, MA  **Category No.** II  **Investigating Agency** FBI

**City** Salem
**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  26-6147-MPK
Search Warrant Case Number  26-6134-36-MPK, 25-6768-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

**Defendant Information:**
Defendant Name: Curt Porcher   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No
Alias Name: _____
Address: Salem, MA
Birth date (Yr only): 1970  SSN (last 4#): 4361  Sex: M  Race: ____  Nationality: U.S.

**Defense Counsel if known:** _____  Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Robert E. Richardson   Bar Number if applicable: 558489

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** Salem, MA

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony Two

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/17/2026   Signature of AUSA: /s/ Robert E. Richardson

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Curt Porcher

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1951 | Hobbs Act Robery | One |
| Set 2 | 18 USC 1951 | Hobbs Act Conspiracy | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**